# Exhibit 1

# U.S. Patent No. 8,704,762 ("'762 Patent")

**Accused Products**

BOE products, including without limitation the BOE panel with touch sensor in the Valve Steam Deck, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 1**

| Claim 1 | Accused Products |
|---|---|
| [1.0] A display device comprising: | To the extent the preamble is limiting, each Accused Product is or comprises a display device. *See* discussion of claim limitations below. *See also, e.g.*: <br><br> Photograph of exemplary Valve Steam Deck containing BOE panel. |

1

| Claim 1 | Accused Products |
|---|---|
|  | <br>Photograph of BOE display device within exemplary Valve Steam Deck, showing BOE identifying marks. |

2

| Claim 1 | Accused Products |
|---|---|
|  | **Display device** |
|  | Annotated photograph of BOE display device in Valve Steam Deck. |
| [1.1] a coordinate input device including | Each Accused Product comprises a coordinate input device. *See, e.g.*: **Coordinate input device** Annotated photograph of BOE panel in Valve Steam Deck, opened to expose coordinate input device (touch sensor). |

3

| Claim 1 | Accused Products |
|---|---|
| [1.2] a transparent substrate having detection electrodes disposed in a detection region corresponding to a contact position, the transparent substrate having a first signal interconnect disposed in a region outside the detection region, the first signal interconnect having one end connected to the detection electrodes and being formed with a first electrode terminal at the other end thereof, and | In each Accused Product, the coordinate input device includes a transparent substrate having detection electrodes disposed in a detection region corresponding to a contact position, the transparent substrate having a first signal interconnect disposed in a region outside the detection region, the first signal interconnect having one end connected to the detection electrodes and being formed with a first electrode terminal at the other end thereof.<br><br>*See, e.g.*:<br><br>[Annotated image labeled "Transparent substrate"]<br><br>Annotated photograph of BOE panel in Valve Steam Deck, opened to expose touch sensor substrate. |

4

| Claim 1 | Accused Products |
|---|---|
| | <br>Annotated photograph of portion of touch sensor substrate showing detection electrodes and a first signal interconnects, with exemplary connection between first signal interconnect and detection electrodes at one end of the first signal interconnect. |

5

| Claim 1 | Accused Products |
|---|---|
| | <br>Annotated composite photograph of portion of touch sensor substrate showing first interconnects with first electrode terminals at the other end thereof. |
| [1.3] a flexible interconnect substrate connected to the first electrode terminal, the flexible interconnect substrate used for supplying a driving signal to the detection electrodes by way of the first signal interconnect and extracting a detection signal from the detection electrodes; and | In each Accused Product, the coordinate input device includes a flexible interconnect substrate connected to the first electrode terminal, the flexible interconnect substrate used for supplying a driving signal to the detection electrodes by way of the first signal interconnect and extracting a detection signal from the detection electrodes.<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---|---|
|  |  Annotated composite photograph showing flexible interconnect substrate connected to first electrode terminals. Driving signals and detection signals are supplied to and extracted from the detection electrodes through one or more of the first signal interconnects. |

7

| Claim 1 | Accused Products |
|---|---|
| [1.4] a display panel for image display based on a video signal from an external system, the coordinate input device being disposed on the display panel at the side of a display screen; | Each Accused Product comprises a display panel for image display based on a video signal from an external system, the coordinate input device being disposed on the display panel at the side of a display screen.<br><br>*See, e.g.:*<br><br>Annotated composite photograph of BOE panel, showing display panel for image display and coordinate input device disposed on the display panel at the side of the display screen (away from camera). The video signal is received from the external system, *i.e.* Steam Deck. |

8

| Claim 1 | Accused Products |
|---|---|
| [1.5] wherein the coordinate inputting device has a second signal interconnect disposed outside the first signal interconnect but near the peripheral edge of the transparent substrate, the second signal interconnect surrounding the area where the detection region is included and the first signal interconnect is formed, the second signal interconnect being opened at opposite ends thereof and being connected to respective electrode terminals for inspection at the open ends, | In each Accused Product, the coordinate inputting device has a second signal interconnect disposed outside the first signal interconnect but near the peripheral edge of the transparent substrate, the second signal interconnect surrounding the area where the detection region is included and the first signal interconnect is formed, the second signal interconnect being opened at opposite ends thereof and being connected to respective electrode terminals for inspection at the open ends. *See, e.g.*: <br><br> Annotated composite photograph showing second interconnect disposed outside the first signal interconnect, near the peripheral edge of the transparent substrate, and surrounding the area where the detection region is included and the first interconnect is formed. |

| Claim 1 | Accused Products |
|---|---|
| |  Annotated composite photograph showing second interconnect opened at opposite ends and connected to respective electrode terminals at each open end for inspection. |

| Claim 1 | Accused Products |
|---|---|
| [1.6] wherein the second signal interconnect is formed of a thin conductive film disposed along the peripheral edge portion of the transparent substrate; and | In each Accused Product, the second signal interconnect is formed of a thin conductive film disposed along the peripheral edge portion of the transparent substrate.<br><br>*See, e.g.:*<br><br>Annotated composite photograph showing second electrode formed of a thin conductive film disposed along the peripheral edge portion of the transparent substrate. |

| Claim 1 | Accused Products |
|---|---|
| [1.7] wherein the second signal interconnect is disposed along the peripheral edge of three sides of the transparent substrate. | In each Accused Product, the second signal interconnect is disposed along the peripheral edge of three sides of the transparent substrate.<br><br>*See, e.g.*:<br><br>Annotated composite photograph showing second interconnect disposed along the peripheral edge of three sides of the transparent substrate. |