# Exhibit 2

# U.S. Patent No. 8,803,836 ("'836 Patent")

**Accused Products**

BOE products, including without limitation the BOE panel with touch sensor in the Valve Steam Deck, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 8**

| Claim 8 | Accused Products |
| --- | --- |
| [8.0] A display device with a touch panel comprising: | To the extent the preamble is limiting, each Accused Product is or comprises a display device with a touch panel.<br><br>*See* discussion of claim limitations below.<br><br>*See also, e.g.*:<br><br>Photograph of exemplary Valve Steam Deck containing BOE panel. |

| Claim 8 | Accused Products |
|---|---|
| | <br>Photograph of BOE panel within exemplary Valve Steam Deck, showing BOE identifying marks. |

| Claim 8 | Accused Products |
|---|---|
|  | Annotated photograph of BOE panel in Valve Steam Deck showing display device and touch panel. |
| [8.1] the touch panel including a first substrate having a detection area to detect a coordinate and an outside area in which external terminals are formed, a plurality of first lines to detect the coordinate in the detection area, a plurality of second lines to detect the coordinate in the detection area, each of the plurality of first lines traversing each of the plurality of second lines; | Each Accused Product comprises a touch panel including a first substrate having a detection area to detect a coordinate and an outside area in which external terminals are formed, a plurality of first lines to detect the coordinate in the detection area, a plurality of second lines to detect the coordinate in the detection area, each of the plurality of first lines traversing each of the plurality of second lines.<br><br>*See, e.g.*:<br><br>Annotated photograph of BOE panel in Valve Steam Deck, opened to expose touch sensor and first substrate. |

| Claim 8 | Accused Products |
|---|---|
|  | <br>Annotated photograph of portion of first substrate showing detection area, outside area, and external terminals. |

| Claim 8 | Accused Products |
|---|---|
| |  Annotated photograph of portion of first substrate showing plurality of first lines traversing plurality of second lines within the detection area. The lines form a touch sensor to detect touch coordinates. |

| Claim 8 | Accused Products |
|---|---|
| [8.2] an organic luminescence electric device panel which is adhered to the touch panel; and | Each Accused Product comprises an organic luminescence electric device panel which is adhered to the touch panel.<br><br>*See, e.g.*:<br><br>Annotated photograph of organic luminescence electric device panel and touch panel.<br><br>Photograph of portion of OLED panel. |

| Claim 8 | Accused Products |
|---|---|
| | Photograph of portion of touch panel. |
| [8.3] a circular polarizing plate which is adhered to the touch panel at a side opposite to the organic luminescence electric device panel. | Each Accused Product comprises a circular polarizing plate which is adhered to the touch panel at a side opposite to the organic luminescence electric device panel. *See, e.g.*: |

7

| Claim 8 | Accused Products |
|---|---|
| | <br>Annotated cross-section photograph showing circular polarizing plate within panel stack-up, immediately below touch panel and opposite the OLED panel.<br><br>Diagram of stack-up, showing touch panel adhered to polarizer at a side opposite the OLED panel. |

8