# Exhibit 3

# U.S. Patent No. 9,250,758 ("'758 Patent")

**Accused Products**

BOE products, including without limitation the BOE panel with touch sensor in the Valve Steam Deck, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 1**

| Claim 1 | Accused Products |
| --- | --- |
| [1.0] A display device with a touch panel comprising: | To the extent the preamble is limiting, each Accused Product is or comprises a display device with a touch panel.<br><br>*See* discussion of claim limitations below.<br><br>*See also, e.g.*:<br><br>Photograph of exemplary Valve Steam Deck containing BOE panel. |

| Claim 1 | Accused Products |
| --- | --- |
| |   Photograph of BOE panel within exemplary Valve Steam Deck, showing BOE identifying marks. |

| Claim 1 | Accused Products |
|---|---|
| | Annotated photograph of BOE panel in Valve Steam Deck showing display device and touch panel. |
| [1.1] the touch panel including a first substrate having a detection area to detect a coordinate and an outside area in which at least one external terminal is formed, a plurality of first lines to detect the coordinate in the detection area, a plurality of second lines to detect the coordinate in the detection area, each of the plurality of first lines traversing each of the plurality of second lines; | Each Accused Product comprises the touch panel including a first substrate having a detection area to detect a coordinate and an outside area in which at least one external terminal is formed, a plurality of first lines to detect the coordinate in the detection area, a plurality of second lines to detect the coordinate in the detection area, each of the plurality of first lines traversing each of the plurality of second lines.<br><br>*See, e.g.*:<br><br>Annotated photograph of BOE panel in Valve Steam Deck, opened to expose touch sensor and first substrate. |

| Claim 1 | Accused Products |
| --- | --- |
| |   Annotated photograph of portion of first substrate showing detection area, outside area, and external terminals. |

| Claim 1 | Accused Products |
| --- | --- |
| |   Annotated photograph of portion of first substrate showing plurality of first lines traversing plurality of second lines within the detection area. The lines form a touch sensor to detect touch coordinates. |

| Claim 1 | Accused Products |
| --- | --- |
| [1.2] an organic emitting display panel under the touch panel; and | Each Accused Product comprises an organic luminescence electric device panel under the touch panel.<br><br>*See, e.g.*:<br><br>Organic luminescence electric device panel<br>Touch panel<br><br>Annotated photograph of organic luminescence electric device panel and touch panel. The top of the device (*i.e.* the side that faces the user) is towards the bottom of the image.<br><br>Photograph of portion of OLED panel. |

| Claim 1 | Accused Products |
|---|---|
| | Photograph of portion of touch panel. |
| [1.3] a circular polarizing plate arranged at a side of the touch panel opposite to the organic emitting display panel; | Each Accused Product comprises a circular polarizing plate arranged at a side of the touch panel opposite to the organic emitting display panel.<br><br>*See, e.g.*: |

| Claim 1 | Accused Products |
|---|---|
| | <br><br>Annotated cross-section photograph showing circular polarizing plate within panel stack-up, immediately below touch panel and opposite the OLED panel. For consistency, this image is shown with the device inverted, *i.e.* with the user-facing side at bottom.<br><br>Diagram of stack-up, showing touch panel arranged at a side of the touch panel opposite the OLED panel. For consistency, this image is shown with the device inverted, *i.e.* with the user-facing side at bottom. |

| Claim 1 | Accused Products |
|---|---|
| [1.4] wherein the organic emitting display panel, the touch panel, and the circular polarizing plate are arranged in this order. | In each Accused Product, the organic emitting display panel, the touch panel, and the circular polarizing plate are arranged in this order.<br>*See, e.g.*:<br>Circular polarizing plate<br>Annotated cross-section photograph showing circular polarizing plate within panel stack-up, immediately below touch panel and opposite the OLED panel. For consistency, this image is shown with the device inverted, *i.e.* with the user-facing side at bottom. |

| Claim 1 | Accused Products |
| --- | --- |
| | OLED panel<br>Touch panel<br>Adhesive<br>Polarizer<br>Adhesive<br>Glass<br>Diagram of stack-up, showing OLED panel, touch panel, and circular polarizing plate arrayed in this order. For consistency, this image is shown with the device inverted, *i.e.* with the user-facing side at bottom. |