# Exhibit 4

# U.S. Patent No. 9,507,477 ("'477 Patent")

**Accused Products**

BOE products, including without limitation the BOE panel with touch sensor in the Valve Steam Deck, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 12**

| Claim 12 | Accused Products |
|---|---|
| [12.0] A coordinate input device comprising: | To the extent the preamble is limiting, each Accused Product is or comprises a coordinate input device.<br><br>*See* discussion of claim limitations below.<br><br>*See also, e.g.*:<br><br>Photograph of exemplary Valve Steam Deck containing BOE panel. |

1

| Claim 12 | Accused Products |
|---|---|
| |  Photograph of BOE panel within exemplary Valve Steam Deck, showing BOE identifying marks. Annotated photograph of BOE panel in Valve Steam Deck, opened to expose touch sensor. |

| Claim 12 | Accused Products |
|---|---|
| [12.1] a coordinate input substrate having detection electrodes disposed in a detection region, and first interconnects outside the detection region; and | Each Accused Product comprises a coordinate input substrate having detection electrodes disposed in a detection region, and first interconnects outside the detection region.<br><br>*See, e.g.*:<br><br>[Annotated photograph showing "Coordinate input substrate" labeled in green]<br><br>Annotated photograph of BOE panel in Valve Steam Deck, opened to expose touch sensor substrate. |

| Claim 12 | Accused Products |
|---|---|
| |  Annotated photograph of portion of touch sensor substrate showing detection electrodes, first interconnects, and detection region. |

4

| Claim 12 | Accused Products |
|---|---|
| [12.2] a first flexible substrate electrically connected to the coordinate input substrate, | Each Accused Product comprises a first flexible substrate electrically connected to the coordinate input substrate.<br><br>*See, e.g.*:<br><br>[Annotated photograph showing "First flexible substrate" and "Coordinate input substrate"]<br><br>Annotated photograph of portion of touch sensor substrate showing first flexible substrate electrically connected to touch sensor substrate (behind shield). |

| Claim 12 | Accused Products |
|---|---|
|  | Annotated photograph of BOE panel in Valve Steam Deck, opened to expose touch sensor substrate. |
| [12.3] wherein the coordinate input substrate has a second interconnect, a first electrode, and a second electrode, | In each Accused Product, the coordinate input substrate has a second interconnect, a first electrode, and a second electrode.<br><br>*See, e.g.*: |

| Claim 12 | Accused Products |
|---|---|
| | Annotated composite photograph of five portions of BOE panel, with overview photograph showing the location of each portion, showing first interconnects, second interconnect, first electrode, and second electrode. |

| Claim 12 | Accused Products |
|---|---|
| [12.4] wherein the second interconnect surrounds the detection region and is formed outside the first interconnects, | In each Accused Product, the second interconnect surrounds the detection region and is formed outside the first interconnects.<br><br>*See, e.g.*:<br><br>Annotated composite photograph of five portions of BOE panel, with overview photograph showing the location of each portion, showing second interconnect surrounding the detection region. |

| Claim 12 | Accused Products |
|---|---|
| [12.5] wherein the first electrode is formed at one end of the second interconnect, | In each Accused Product, the first electrode is formed at one end of the second interconnect.<br><br>*See, e.g.*:<br><br>Annotated composite photograph of four portions of BOE panel, with overview photograph showing the location of each portion, showing first electrode formed at one end of the second interconnect. |

9

| Claim 12 | Accused Products |
|---|---|
| [12.6] wherein the second electrode is formed at the other end of the second interconnect, | In each Accused Product, the second electrode is formed at the other end of the second interconnect.<br><br>*See, e.g.*:<br><br>Annotated composite photograph of four portions of BOE panel, with overview photograph showing the location of each portion, showing second electrode formed at the other end of the second interconnect. |

10

| Claim 12 | Accused Products |
|---|---|
| [12.7] wherein the second interconnect is disposed along a peripheral edge of at least three sides of the coordinate input substrate, and | In each Accused Product, the second interconnect is disposed along a peripheral edge of at least three sides of the coordinate input substrate.<br><br>*See, e.g.*:<br><br>Annotated composite photograph of three portions of BOE panel, with overview photograph showing the location of each portion, showing second interconnect disposed along a peripheral edge of at least three sides of the coordinate input substrate. |

| Claim 12 | Accused Products |
|---|---|
| [12.8] wherein the first electrode is electrically connected with a third electrode on the first flexible substrate, or the second electrode is electrically connected with a fourth electrode on the first flexible substrate. | In each Accused Product, the first electrode is electrically connected with a third electrode on the first flexible substrate, or the second electrode is electrically connected with a fourth electrode on the first flexible substrate.<br><br>*See, e.g.:*<br><br>Annotated composite photograph of four portions of BOE panel, with overview photograph showing the location of each portion, showing first electrode, second electrode, third electrode on first flexible substrate, fourth electrode on first flexible substrate, and electrical connections between first and third electrodes and second and fourth electrodes respectively. |

12