# Exhibit 5

## U.S. Patent No. 11,126,025 ("'025 Patent")

**Accused Products**

BOE products, including without limitation the BOE panel with touch sensor in the Amazon Fire HD10 tablet, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 1**

| Claim 1 | Accused Products |
|---|---|
| [1.0] An in-cell touch panel having an image display area made up of pixels arranged in a first direction and a second direction intersecting the first direction, the in-cell touch panel comprising: | To the extent the preamble is limiting, each Accused Product is or comprises an in-cell touch panel having an image display area made up of pixels arranged in a first direction and a second direction intersecting the first direction. <br><br> *See* discussion of claim limitations below. <br><br> *See also, e.g.*: <br><br>  <br><br> Photograph of exemplary Amazon Fire HD10 tablet containing BOE panel, annotated to show in-cell touch panel and image display area. |

| Claim 1 | Accused Products |
|---|---|
|  |  Photograph of BOE panel within exemplary Amazon Fire HD10 tablet, showing pixels arranged in a first and a second direction. |

| Claim 1 | Accused Products |
|---|---|
| [1.1] transistors and pixel electrodes respectively provided in the pixels; | Each Accused Product comprises transistors and pixel electrodes respectively provided in the pixels.<br><br>*See, e.g.*:<br><br><br><br>Annotated photograph showing pixel electrode and transistor. |

| Claim 1 | Accused Products |
|---|---|
| [1.2] common electrodes arranged in the first direction and the second direction, respectively facing one or more of the pixel electrodes and provided separately from each other;<br><br>[1.3] gate lines that extend along the first direction and supply gate signals to the transistors respectively;<br><br>[1.4] data lines that extend along the second direction and supply data signals to the transistors respectively; | Each Accused Product comprises common electrodes arranged in the first direction and the second direction, respectively facing one or more of the pixel electrodes and provided separately from each other, gate lines that extend along the first direction and supply gate signals to the transistors respectivel, and data lines that extend along the second direction and supply data signals to the transistors respectively.<br><br>*See, e.g.:*<br><br><br><br>Annotated photograph showing common electrodes, pixel electrodes, gate lines, data lines, and transistors. |

| Claim 1 | Accused Products |
|---|---|
| |  Schematic illustration showing physical context of the previous photograph. |

| Claim 1 | Accused Products |
|---|---|
| | Annotated illustration showing common electrode, pixel electrode, gate line, data line, and transistor in greater detail. |

| Claim 1 | Accused Products |
|---|---|
| [1.5] touch lines that extend along the second direction and are each connected to a corresponding one of the common electrodes; and<br><br>[1.6] a first bridge line laterally bridging two of the segment electrodes adjacent in the second direction across one of the division areas, | Each Accused Product comprises touch lines that extend along the second direction and are each connected to a corresponding one of the common electrodes and a first bridge line laterally bridging two of the segment electrodes adjacent in the second direction across one of the division areas.<br><br>*See, e.g.*:<br><br><br>Image of portion of portion of touch panel. |

| Claim 1 | Accused Products |
|---|---|
|  |  Annotated image of portion of touch panel, showing one touch line, common electrode, and a first bridge line bridging two electrodes in the second direction. |

| Claim 1 | Accused Products |
|---|---|
| [1.7] wherein each common electrode has segment electrodes divided with a division area on the gate line, <br><br> [1.8] segment electrodes included in one of the common electrodes are connected by at least one of the touch lines, | In each Accused Product, each common electrode has segment electrodes divided with a division area on the gate line and segment electrodes included in one of the common electrodes are connected by at least one of the touch lines. <br><br> *See, e.g.*: <br><br>  <br><br> Annotated image showing division area dividing two segment electrodes, and one touch line connecting segment electrodes. Other claimed structures are also annotated for context. |

| Claim 1 | Accused Products |
|---|---|
| [1.9] the first bridge line and each of the two of the segment electrodes are connected via a contact hole, and<br><br>[1.10] the first bridge line extends in the second direction so as to overlap with the segment electrodes included in the one of the common electrodes, and be connected to the segment electrodes included in the one of the common electrodes. | In each Accused Product, the first bridge line and each of the two of the segment electrodes are connected via a contact hole, and the first bridge line extends in the second direction so as to overlap with the segment electrodes included in the one of the common electrodes, and be connected to the segment electrodes included in the one of the common electrodes.<br><br>*See, e.g.*:<br><br><br><br>Annotated image showing contact hole and first bridge line extending in the second direction so as to overlap with, and connect to, the segment electrodes included in the one of the common electrodes. |