IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAENLTOUCH TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:25-CV-00245-JRG |
| BOE TECHNOLOGY GROUP CO., LTD., | § § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is the Joint Motion to Extend the Stay of All Deadlines Pending Settlement (the "Motion") filed by Plaintiff Paneltouch Technologies, LLC and Defendant BOE Technology Group Co., Ltd. (collectively, the "Parties"). (Dkt. No. 30). In the Motion, the Parties move to extend the stay entered in the above-captioned case by up to and including an additional thirty (30) days. (*Id*. at 1). The Parties represent that they require additional time "to finalize the settlement agreement and file dismissal documents with the Court." (*Id*.).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the stay entered in the above-captioned case is **extended** up to and including thirty (30) days from the date of this Order, during which time the appropriate dismissal papers are to be filed with the Court.

**So Ordered this**

**Feb 18, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE